| AO 10*<br>Rev. 1/2017 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2016** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Walker, Susan R. | 2. Court or Organization<br><br>Middle District of Alabama | 3. Date of Report<br><br>07/13/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>One Church Street<br>Room 501-B<br>Montgomery, Alabama | | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Eckerd College, St. Petersburg, FL |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 07/13/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 07/13/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U. S. Dept. of Education | Student Loan | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 07/13/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions (tax account) | A | Interest | K | T | | | | | |
| 2. Balch & Bingham (interest in partnership) | C | Dividend | K | T | | | | | |
| 3. APCO Credit Union | A | Interest | J | T | | | | | |
| 4. Regions Savings Account | A | Interest | J | T | | | | | |
| 5. Amazon.Com (ticker AMZN) | | None | J | T | Buy | 12/28/16 | J | | |
| 6. Carnival Corp (ticker CCL) | A | Dividend | K | T | Buy | 11/04/16 | J | | |
| 7. CVS Corp (ticker CVS) | | None | K | T | Buy | 11/04/16 | K | | |
| 8. Alphabet Inc (formerly Google Inc Class) (ticker GOOGL) | | None | J | T | Buy | 12/28/16 | J | | |
| 9. Cisco Systems Inc. (ticker CSCO) | A | Dividend | J | T | | | | | |
| 10. Intel Corp (ticker INTC) | B | Dividend | K | T | | | | | |
| 11. Wal-Mart Stores Inc. (ticker WMT) | A | Dividend | K | T | | | | | |
| 12. Berkshire Hathaway Cl B (ticker BRKB) | | None | J | T | | | | | |
| 13. Td Bank Usa Fdic Insrd De (ticker IDA12) | A | Interest | K | T | | | | | |
| 14. Johnson & Johnson Com. (ticker JNJ) | B | Dividend | L | T | | | | | |
| 15. Abbot Laboratories (ticker ABT) | A | Dividend | K | T | | | | | |
| 16. AbbVie Inc (ticker ABBV) | B | Dividend | K | T | | | | | |
| 17. Accenture Ltd Cl A (ticker ACN) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 07/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Apple Computer Inc (ticker AAPL) | A | Dividend | K | T | | | | | |
| 19. China Mobile Ltd Sp ADR (ticker CHL) | B | Dividend | K | T | | | | | |
| 20. Coca Cola Co. (ticker KO) | B | Dividend | K | T | | | | | |
| 21. Exelon Corp (ticker EXC) | A | Dividend | | | Sold | 04/05/16 | K | | |
| 22. Exxon Mobil Corporation I (ticker XOM) | A | Dividend | K | T | | | | | |
| 23. Mcdonalds Corp. (ticker MCD) | A | Dividend | K | T | | | | | |
| 24. Microsoft Corp (ticker MSFT) | A | Dividend | K | T | | | | | |
| 25. Molson Coors Brewing Co C (ticker TAP) | A | Dividend | K | T | | | | | |
| 26. Novartis A G Spon ADRF (ticker NVS) | B | Dividend | K | T | | | | | |
| 27. Novo-Nordisk A/S ADR (ticker NVO) | A | Dividend | K | T | Buy (add'l) | 11/04/16 | J | | |
| 28. Oracle Corporation (ticker ORCL) | A | Dividend | K | T | | | | | |
| 29. Pepsico Inc. (ticker PEP) | A | Dividend | K | T | | | | | |
| 30. Philip Morris Internation (ticker PM) | A | Dividend | K | T | | | | | |
| 31. Southern Company (ticker SO) | B | Dividend | K | T | | | | | |
| 32. Target (ticker TGT) | A | Dividend | K | T | | | | | |
| 33. Teva Pharm Inds Ltd ADRF (ticker TEVA) | A | Dividend | K | T | | | | | |
| 34. United Technologies Corp. (ticker UTX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 07/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vale S.A. ADR (ticker VALE) | | None | | | Sold | 02/19/16 | J | | |
| 36. Vodafone Group Public Limited (ticker VOD) | A | Dividend | J | T | | | | | |
| 37. Waste Management Inc. Del (ticker WM) | B | Dividend | L | T | | | | | |
| 38. Pfizer Inc (ticker PFE) | | None | J | T | Buy | 12/28/16 | J | | |
| 39. Starbucks Corp (ticker SBUX) | A | Dividend | K | T | Buy | 11/04/16 | K | | |
| 40. Visa (ticker V) | A | Dividend | K | T | Buy | 11/04/16 | K | | |
| 41. Visa (ticker V) | | | | | Buy (add'l) | 12/28/16 | J | | |
| 42. Bk Nova Scotia Flt 2033F (CUSIP 064159CP9) | A | Interest | J | T | | | | | |
| 43. Buckeye Partners Lp Sr Un (CUSIP 118230AJ0) | A | Interest | K | T | | | | | |
| 44. Citibank N A Cd Cll Fx/Fl (CUSIP 172986GQ8) | A | Interest | J | T | | | | | |
| 45. Hewlett Packard Co Sr Uns (CUSIP 428236BV4) | B | Interest | K | T | | | | | |
| 46. Hrpt Properties (CUSIP 40426WAV3) | B | Interest | K | T | | | | | |
| 47. Ingersoll-Rand Global Hld (CUSIP 45687AAA0) | B | Interest | K | T | | | | | |
| 48. Jp Morgan Chase Bank Na (CUSIP 48126DZF9) | A | Interest | K | T | | | | | |
| 49. Lloyds Tsb Bank Plc Rge Accrl (CUSIP 5394E8BQ1) | B | Interest | K | T | | | | | |
| 50. Societe Gen Var 2033F (CUSIP 83368WCB5) | A | Interest | K | T | | | | | |
| 51. Toyota Motor Credit Sr Unsecur (CUSIP 89233P6P6) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 07/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Union Bank Na Cd 10/25/17 (CUSIP 90521ADD7) | | None | K | T | | | | | |
| 53. Union Bank Na San (CUSIP 90521AML9) | | None | K | T | | | | | |
| 54. Weitz Funds Short Interm Income (ticker WEFIX) | A | Dividend | K | T | | | | | |
| 55. Western Union Sr Unsecrued M-W Callable (CUSIP 959802AL3) | B | Interest | K | T | | | | | |
| 56. Western Union Sr Unsecrued M-W Callable (CUSIP 959802AP4) | A | Interest | K | T | | | | | |
| 57. SSgA Money Market Instl (ticker SSMXX) | A | Dividend | N | T | | | | | |
| 58. Verizon Communications (ticker VZ) | A | Dividend | J | T | | | | | |
| 59. Barclays Bank (CUSIP 06738KCM1) | A | Interest | J | T | | | | | |
| 60. Goldman Sachs Group Inc U (CUSIP 38141GTZ7) | A | Interest | J | T | | | | | |
| 61. PIMCO Low Duration Fund (ticker PLDDX) | A | Dividend | K | T | | | | | |
| 62. Plains Exploration & Prod (CUSIP 726505AP5) | B | Interest | K | T | | | | | |
| 63. Morgan Stanley Mtn Mnthly (CUSIP 61760QBB9) | B | Interest | K | T | | | | | |
| 64. Old Republic Intl Corp Sr Glbl (CUSIP 680223AJ3) | A | Interest | K | T | | | | | |
| 65. HSBC Bank Usa Na Cd Index (CUSIP 40434AQB8) | | None | K | T | | | | | |
| 66. Jp Morgan Chase Bank Na Cd 0% (CUSIP 48125TWD3) | A | Interest | K | T | | | | | |
| 67. Jp Morgan Chase Bank Na Cd Ind Ex Lnkd 0% (CUSIP 48124JGL6) | | None | K | T | | | | | |
| 68. Credit Suisse London Sr M (CUSIP 22546VHC3) | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 07/13/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Goldman Sachs Bk Usa Ny C (CUSIP 38148JHQ7) | A | Interest | K | T | | | | | |
| 70. Jp Morgan Chase Bank Na Cd Qtr (CUSIP 48125T6T7) | A | Interest | K | T | | | | | |
| 71. Union Pacific Corp (ticker UNP) | A | Dividend | K | T | | | | | |
| 72. HSBC Bank Usa Na Cd Clbl Stepp Ed 1.25%-3.125% (CUSIP 40434AU49) | A | Interest | J | T | Buy | 05/02/16 | K | | |
| 73. Wells Fargo & Co Sr Mtn Callab Le Not Rated (CUSIP 94986RM40) | B | Interest | K | T | Buy | 05/25/16 | K | | |
| 74. Royal Bk Of Cda Bd Cds Sr Med Trm Nt Idx Lk (CUSIP 78012KNU7) | | None | K | T | Buy | 05/31/16 | K | | |
| 75. Allied World Assurn Co Hldgs S Enior Note Callable (CUSIP 01959EAC2) | A | Interest | K | T | Buy | 06/21/16 | K | | |
| 76. Credit Suisse Ag Sr Med Term N Ote Index Lnkd (CUSIP 22548QGN9) | A | Interest | K | T | Buy | 09/28/16 | K | | |
| 77. 401(k) Profit Sharing Plan (H) | | | | | | | | | |
| 78. Oakmark Equity & Income Fund (ticker OAKBX) | | None | | | Sold | 10/27/16 | N | | |
| 79. Oakmark Equity & Income Fund (ticker OAKBX) | | | | | Buy (add'l) | 01/05/16 | J | | |
| 80. Oakmark Equity & Income Fund (ticker OAKBX) | | | | | Buy (add'l) | 01/19/16 | J | | |
| 81. Oakmark Equity & Income Fund (ticker OAKBX) | | | | | Buy (add'l) | 02/17/16 | J | | |
| 82. Oakmark Equity & Income Fund (ticker OAKBX) | | | | | Buy (add'l) | 03/16/16 | J | | |
| 83. Oakmark Equity & Income Fund (ticker OAKBX) | | | | | Buy (add'l) | 04/19/16 | J | | |
| 84. Oakmark Equity & Income Fund (ticker OAKBX) | | | | | Buy (add'l) | 05/16/16 | J | | |
| 85. Oakmark Equity & Income Fund (ticker OAKBX) | | | | | Buy (add'l) | 06/17/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Walker, Susan R. | 07/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Oakmark Equity & Income Fund (ticker OAKBX) | | | | | Buy (add'l) | 07/18/16 | J | | |
| 87. Oakmark Equity & Income Fund (ticker OAKBX) | | | | | Buy (add'l) | 08/17/16 | J | | |
| 88. Oakmark Equity & Income Fund (ticker OAKBX) | | | | | Buy (add'l) | 09/16/16 | J | | |
| 89. Oakmark Equity & Income Fund (ticker OAKBX) | | | | | Buy (add'l) | 10/18/16 | J | | |
| 90. Stable Value (Wells Galliard) Cash Fund | | None | J | T | Buy | 11/16/16 | J | | |
| 91. Stable Value (Wells Galliard) Cash Fund | | | | | Buy (add'l) | 12/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 07/13/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 07/13/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan R. Walker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544